# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRETT MICHAEL LANEAU,

Plaintiff,

v.

FRANK BISIGNANO[1],
Commissioner of Social Security,

Respondent.

Case No. 8:25-cv-00522-SPG-MAA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 27]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of the United States Magistrate Judge. (ECF No. 27.) Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1)    The Report and Recommendation of United States Magistrate Judge is accepted; and

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Leland Dudek as Defendant in this suit.

(2)    Judgment shall be entered affirming the final decision of the Commissioner and dismissing this matter with prejudice.

DATED: March 19, 2026

_____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2