JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MICHAEL LANEAU,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Respondent. | Case No. 8:25-cv-00522-SPG-MAA<br><br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and that the matter is dismissed with prejudice.

DATED: March 19, 2025



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE